IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                                  Plaintiff,                            ORDER

v.

                                                                 24-cr-23-wmc

BOTSOVANNCHAMPA MEN,

                                Defendant.

---

Attached is the corrected first page of the June 10, 2024 report and recommendation.

Objections remain due on June 24, 2024.

Entered this 11th day of June, 2024.

                                  BY THE COURT:

                                  /s/

                                  _____
                                  STEPHEN L. CROCKER
                                  Magistrate Judge